DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON STODDARD,

Appellant,

v.

BANK OF NEW YORK MELLON, f/k/a
THE BANK OF NEW YORK, as TRUSTEE FOR
THE CERTIFICATE-HOLDERS CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-20CB
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2006-20CB,

Appellee.

No. 2D2025-0277

_____

November 21, 2025

Appeal from the Circuit Court for Pasco County; Susan G. Barthle,
Judge.

Jason Stoddard, pro se.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for
Appellee.


PER CURIAM.

     Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.